The CHARLES CARTER.

BLAINE v. The Ship CHARLES CARTER et al.

*Error.*

Whatever may be the original nature of the suit in a circuit court, it cannot be removed into the supreme court, except by writ of error.

THIS was an appeal from the Circuit Court of Virginia; and the preliminary question discussed was, whether such a process could be sustained? After argument—

THE COURT decided, that the removal of suits, from the circuit court into the supreme court, must be by writ of error, in every case, whatever may be the original nature of the suits.[1]

———

(a) The order was made when BLAIR, Justice, presided. The deduction of interest during the war (this being a British debt) has not received the sanction of all the fed eral judges. See 2 Dall. 104, in note.

[1] An appeal is allowed in cases of equity, admiralty and prize, by act of 3d March 1803 § 2 (2 U. S. Stat. 244); and R. S. § 692.